```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 04 B 45015
   ARBES JAMES MACKEY
                                          CHAPTER 13

                                          JUDGE: JOHN H SQUIRES

         Debtor
   SSN XXX-XX-5150
```

---
### TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 12/07/04 and confirmed on 01/28/05.

2. The case was dismissed after confirmation, 08/03/2007.

3. The Debtor paid a total of $ 24164.24 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| GMAC PAYMENT CENTER | SECURED | 27230.00 | 2946.60 | 17512.02 |
| AMERICAN COLLECTION | UNSECURED | 2173.98 | .00 | .00 |
| ASSET ACCEPTANCE CORP | UNSECURED | 2045.73 | .00 | .00 |
| B LINE LLC | UNSECURED | 719.61 | .00 | .00 |
| LOYOLA UNIVERSITY MEDICA | UNSECURED | NOT FILED | .00 | .00 |
| MERCHANT & MEDICAL | UNSECURED | NOT FILED | .00 | .00 |
| OBERWEIS DAIRY | UNSECURED | NOT FILED | .00 | .00 |
| RISK MANAGEMENT | UNSECURED | NOT FILED | .00 | .00 |
| SEARS BKRUPTCY RCVRY MGM | UNSECURED | NOT FILED | .00 | .00 |
| SPRINT | UNSECURED | NOT FILED | .00 | .00 |
| GMAC PAYMENT CENTER | UNSECURED | 1474.20 | .00 | .00 |
| SHERMAN ACQUISITIONS | UNSECURED | 4838.04 | .00 | .00 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 27230.00 | .00 | 11251.56 | .00 | 38481.56 |
| PRINCIPAL PAID | 17512.02 | .00 | .00 | .00 | 17512.02 |
| INTEREST PAID | 2946.60 | .00 | .00 | .00 | 2946.60 |
| TOTAL PAID | 20458.62 | .00 | .00 | .00 | 20458.62 |

The Debtor's attorney, PETER FRANCIS GERACI         , was allowed $ 2700.00 and was paid $   2700.00 .

The Trustee received $   1005.62 .

Refunds to the Debtor totaled $        .00 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

```
Dated: 11/16/07                          /S/
                                 GLENN STEARNS
                                 CHAPTER 13 TRUSTEE
```